David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Of Counsel
Cindy W. Andrew (TX State Bar No. 00796128)
candrew@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone:     (214) 220-3939
Facsimile:     (214) 969-5100

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SACHIN DHOLE**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; TRANS UNION LLC, a Delaware corporation; and PROCOLLECT INC., a Texas corporation**<br><br>　　　　**Defendant.** | Case No. C-07-5157SBA<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PERSONS** |

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian"), hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

　　1. Parent Companies: The parent company of Experian is Experian Group Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

   a. First American Real Estate Solutions, LLC

   b. Vehicle Title, LLC

   c. Central Source LLC

   d. Online Data Exchange LLC

   e. New Management Services LLC

   f. Vantage Score Solutions LLC

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

Dated: November 5, 2007         JONES DAY

By: _____
David L. Wallach
California Bar No. 233432
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
dwallach@jonesday.com

Cindy W. Andrew
Of Counsel
Texas Bar No. 00796128
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
candrew@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that copies of the foregoing have been served on Mark F. Anderson, Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP, 445 Bush Street, 6th Floor, San Francisco, California 94108, counsel for plaintiff, and all other counsel of record via the electronic filing system this 5th day of November, 2007.

_____   /S/ David L. Wallach
David L. Wallach