1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA  94105
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700

5  Of Counsel
   Cindy W. Andrew (TX State Bar No. 00796128)
6  candrew@jonesday.com
   JONES DAY
7  2727 North Harwood Street
   Dallas, TX  75201
8  Telephone:     (214) 220-3939
   Facsimile:     (214) 969-5100
9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.

11
12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14
15 **ERNESTINE TAYLOR**                         Case No. C-07-5156SBA

16          **Plaintiff,**                     **EXPERIAN INFORMATION
                                                SOLUTIONS, INC.'S CERTIFICATE
17     v.                                       OF INTERESTED PARTIES**

18 **EXPERIAN INFORMATION
   SOLUTIONS, INC., a Ohio corporation;
19 and
   RICKENBACKER GROUP, INC. dba
20 RICKENBACKER COLLECTIONS, a
   California corporation;**

21          **Defendant.**

22

23      The undersigned, counsel of record for Experian Information Solutions, Inc.,

24 ("Experian"), hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that the following

25 listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is

26 made to enable the Court to evaluate possible disqualification or recusal:

27      1.  Parent Companies:  The parent company of Experian is Experian Group Limited.

28

DLI-6151437v1                                              EXPERIAN'S CERTIFICATE OF
                                                              INTERESTED PERSONS

2. Subsidiaries Not Wholly Owned:  The following companies are subsidiaries of Experian that are not wholly owned:

   a.  First American Real Estate Solutions, LLC

   b.  Vehicle Title, LLC

   c.  Central Source LLC

   d.  Online Data Exchange LLC

   e.  New Management Services LLC

   f.  Vantage Score Solutions LLC

3. Publicly Held Companies:  Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

Dated: November 5, 2007                                      JONES DAY

By:   /S/ David L. Wallach
David L. Wallach
California Bar No. 233432
JONES DAY
555 California Street
San Francisco, CA  94105
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700
dwallach@jonesday.com

Cindy W. Andrew
Of Counsel
Texas Bar No. 00796128
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
candrew@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

DLI-6151437v1

- 2 -

EXPERIAN'S CERTIFICATE OF
INTERESTED PERSONS

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I hereby certify that copies of the foregoing have been served on Mark F. Anderson,

3  Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP, 445 Bush Street, 6th Floor, San Francisco,

4  California 94108, counsel for plaintiff, and all other counsel of record via the electronic filing

5  system this 5th day of November, 2007.

7  _____/S/ David Wallach_____
   David L. Wallach

DLI-6151437v1

- 3 -

EXPERIAN'S CERTIFICATE OF INTERESTED PERSONS