David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

(Requesting Admission *Pro Hac Vice*)
Cindy W. Andrew (TX State Bar No. 00796128)
candrew@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone:    (214) 220-3939
Facsimile:    (214) 969-5100

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**FILED**

JAN - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINE TAYLOR<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation; and RICKENBACKER GROUP, INC. dba RICKENBACKER COLLECTIONS, a California corporation;<br><br>Defendant. | Case No. C-07-5156SBA<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Lucinda W. Andrew, an active member in good standing of the Bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis, representing Experian Information Solutions, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.      I am an active member in good standing of the State Bar of Texas and am admitted to practice before the United States District Courts for the Northern, Eastern, Western, and Southern Districts of Texas;

DLI-6165295v1

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

David L. Wallach (State Bar No. 233432)
JONES DAY
555 California Street
San Francisco, CA  94105
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 8, 2008

Respectfully Submitted,

JONES DAY

By: Lucinda W. Andrew
    Lucinda W. Andrew

ATTORNEYS FOR DEFENDANT
EXPERIAN INFORMATION SOLUTIONS,
INC.

2

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001695
Cashier ID: lenahac
Transaction Date: 01/09/2008
Payer Name: Jones Day
--------------------------------
PRO HAC VICE
 For: Lucinda W. Andrew
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:      $210.00
--------------------------------
CHECK
 Check/Money Order Num: 1081996
 Amt Tendered:  $210.00
--------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

CV-07-5156-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.