1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   CARLSON & MESSER LLP
2  5959 W. Century Boulevard, Suite 1214
   Los Angeles, California 90045
3  (310) 242-2200 Telephone
   (310) 242-2222 Facsimile
4
   Attorneys for Defendant,
5  RICKENBACKER GROUP, INC. dba
   RICKENBACKER COLLECTIONS,
6  a California corporation

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

11 ERNESTINE TAYLOR,                   )   CASE NO. C 07 5156 (SBA)
                                       )
12                                     )   [Complaint Filed:   10/05/07]
                    Plaintiff,         )
13                                     )   STIPULATION RE DISMISSAL OF
        vs.                            )   RICKENBACKER GROUP, INC., dba
14                                     )   RICKENBACKER COLLECTIONS, A
   EXPERIAN INFORMATION                )   CALIFORNIA CORPORATION WITH
15 SOLUTIONS, INC., a Ohio corporation;)   PREJUDICE
   and RICKENBACKER GROUP, INC.,       )
16 dba RICKENBACKER COLLECTIONS,       )   [FILED CONCURRENTLY WITH
   a California corporation,           )   PROPOSED ORDER]
17                                     )
                    Defendants.        )
18                                     )   Judge: Hon. Saundra B. Armstrong
                                       )   Courtroom R
19                                     )
                                       )
20                                     )
                                       )
21

22

23      IT IS HEREBY STIPULATED BY AND BETWEEN Defendant RICKENBACKER

24 GROUP, INC. dba RICKENBACKER COLLECTIONS, a California corporation, (hereinafter

25 "RICKENBACKER GROUP, INC.") and Plaintiff ERNESTINE TAYLOR, through their

26 respective counsel of record, that Plaintiff shall dismiss RICKENBACKER GROUP, INC. from

27 the above-entitled action, with prejudice. Each party shall bear its own costs and expenses.

28 ///

   ///

   05653.00:140742                        1
                            STIPULATION RE DISMISSAL              CASE NO. C07 5156 SBA

1  DATED: January 11, 2008           KEMNITZER, ANDERSON, BARRON
2                                     OGILVIE & BREWER LLP
3
4                                     By: /s/ Mark F. Anderson
                                          Mark F. Anderson, Esq.
5                                         Attorneys for Plaintiff
                                          ERNESTINE TAYLOR
6

7  DATED: January 10, 2008           CARLSON & MESSER LLP
8
9                                     By: /s/ David J. Kaminski
                                          David J. Kaminski, Esq.
10                                        Attorneys for Defendant,
                                          RICKENBACKER GROUP, INC.
11                                        dba RICKENBACKER COLLECTIONS,
                                          a California corporation

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05653.00-140742

2

STIPULATION RE DISMISSAL                         CASE NO. C07 5156 SBA