Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Ernestine Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINE TAYLOR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS, INC., ) <br> et al, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C 07 5156 SBA <br><br> ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANT RICKENBACKER GROUP, INC. |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against defendant Rickenbacker Group, Inc. are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

Dated: January 14, 2008.

*[signature: Sandra B. Armstrong]*
Judge of the U. S. District Court

Order for Dismissal of Claims (Rickenbacker Group) in *Taylor v Experian*