# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Taylor, | 07-05156 SBA MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Experian Information Solutions, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Sharon O'Grady**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont St., 5th Fl.
San Francisco, CA 94105
415-983-1198

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05156 SBA MED                          - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: January 15, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05156 SBA MED                             - 2 -