

**Pillsbury
Winthrop
Shaw
Pittman** LLP

50 Fremont Street
San Francisco, CA 94105
Tel 415.983.1000
Fax 415.983.1200

MAILING ADDRESS
P. O. Box 7880
San Francisco, CA 94120
www.pillsburylaw.com

January 24, 2008

Sharon L. O'Grady
Phone: 415.983.1198
sharon.ogrady@pillsburylaw.com

**VIA FACSIMILE & U.S. MAIL**

Mark F. Anderson, Esq.
Andrew Jones Ogilvie, Esq.
Carol McLean Brewer, Esq.
Kemnitzer, Anderson, Barron & Ogilvie
445 Bush Street, 6th Floor
San Francisco, Ca 94108

David L. Wallach, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

    Re:    Case Name: Ernestine Taylor v. Experian Information Solutions, Inc.;
             Rickenbacker Group, Inc.
             Case Number: 4:07-cv-05156-SBA

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. I have attached a resume describing my professional experience.

Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;

700946838v1

Mark F. Anderson, Esq.
Andrew Jones Ogilvie, Esq.
Carol McLean Brewer, Esq.
David L. Wallach, Esq.
January 24, 2008
Page 2

- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and
- Any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for *Monday, February 4, 2008 at 10 a.m. Please call my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.* Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is March 30, 2008, based on the current scheduling order.

In the interest of full disclosure under ADR L.R. 2-5(d) and 28 U.S.C. §455(a), I wish to advise you that in connection with my check for potential conflicts of interest, I learned that other lawyers at this firm (we have around 800 lawyers in 14 offices) advise corporate clients that have, or in the past had, contracts or business dealings with Experian Information Services or an affiliate of Experian Information Services, as a consequence of which, Experian shows up as "adverse" or "potentially adverse" on our firm's conflicts database. These matters involve business advice, not litigation, and I have had no involvement in these matters.

I do not believe these matters would prevent me from serving as an unbiased mediator in this case, and I do not understand them to require automatic disqualification under 28 U.S.C. §455(b). However, if these matters cause you or your clients concern about

Mark F. Anderson, Esq.
Andrew Jones Ogilvie, Esq.
Carol McLean Brewer, Esq.
David L. Wallach, Esq.
January 24, 2008
Page 3

my ability to serve impartially, you are required to communicate your objection in writing to the ADR Unit within ten calendar days of your receipt of this letter. (*See* ADR L.R. 2-5(d)). *If any party objects to my serving as mediator, a new mediator will be assigned to this case.*

I look forward to assisting you on this case.

Very truly yours,

Sharon L. O'Grady

Enclosure

cc:     Clerk's Office-ADR Unit

# SHARON L. O'GRADY

| | |
|---|---|
| (415) 983-1198 (Office) | Pillsbury Winthrop Shaw Pittman LLP |
| (415) 983-1200 (Facsimile) | 50 Fremont Street |
| E-mail: sharon.ogrady@pillsburylaw.com | San Francisco, California 94105 |

---

Ms. O'Grady specializes in commercial and intellectual property litigation and alternative dispute resolution. She has had pre-trial and trial experience in federal and state courts. Her federal court experience includes patent infringement, copyright infringement, Lanham Act and securities fraud litigation. She has also represented clients in domestic and international commercial arbitration proceedings and in mediation. Her appellate experience consists of both federal and state matters, including published decisions in *Camposeco-Montejo v. Ashcroft,* 384 F.3d 814 (2004); *FDIC v. O'Melveny & Myers,* 969 F. 2d 744 (9th Cir. 1992), and (after reversal and remand) *FDIC v. O'Melveny & Myers,* 61 F.3d 17 (9th Cir. 1995); *580 Folsom Assocs. v. Prometheus Devel. Co.,* 223 Cal. App. 3d 1, 272 Cal. Rptr. 227 (1990); *Sullivan v. First Affiliated Securities, Inc.,* 813 F.2d 1368 (9th Cir.), *cert. denied,* 484 U.S. 850 (1987); *Miller v. Republic Nat'l Life Ins. Co.,* 789 F.2d 1336 (9th Cir. 1986); and *Miller v. Republic Nat'l Life Ins. Co.,* 714 F.3d 958 (9th Cir. 1983). She also serves as a mediator for the United States District Court for the Northern District of California and as a pro tem settlement judge for the San Francisco Superior Court.

**PROFESSIONAL EXPERIENCE:**

**Pillsbury Winthrop Shaw Pittman LLP, San Francisco, CA**                1999 – Present
Senior Associate, Litigation Department.

**Holman & O'Grady, San Francisco, CA**                                    1995 – 1999
President/Shareholder of a commercial litigation
and bankruptcy specialty firm.

**Pettit & Martin, San Francisco, CA**                                     1982 – 1995
Partner.

**U.S. Court of Appeals, San Francisco, CA**                               1981 - 1982
Law Clerk to the Honorable Cecil F. Poole.

**California Supreme Court, San Francisco, CA**                            1980
Judicial Extern to the Honorable Mathew O. Tobriner.

**PUBLICATIONS:**

*Opposing the Lender's Pre-Foreclosure Application for a Receiver,* REPRESENTING THE BORROWER IN A REAL PROPERTY FORECLOSURE OR WORKOUT (Program Handbook January 1992), presented jointly by California Continuing Education of the Bar and the State Bar Real Property Law Section.

Co-author of Chapter 2, *Ethical Considerations and Legal Liability*, in Robert A. Thompson, REAL ESTATE OPINION LETTER PRACTICE (1993).

Consultant for MEETING STATUTORY DEADLINES: REAL PROPERTY & LAND USE LITIGATION (Cal. CEB Action Guide Spring 1996).

Consultant for CALIFORNIA LIS PENDENS PRACTICE (2nd ed. 1994).

Consultant for OBTAINING APPOINTMENT OF A RECEIVER (AND MONITORING THE RECEIVERSHIP) (Cal. CEB Action Guides Winter 1991 and 1993).

**PROFESSIONAL ASSOCIATIONS AND ACTIVITIES:**

Federal Bar Association:

> Vice-President for the Ninth Circuit:  August 2006 – present
> President – Northern District of California Chapter:  2004 – 2005
> Vice-President – Northern District of California Chapter:  2002 – 2003
> Steering Committee – Northern District of California Chapter:  2000 – present

Foundation of the Federal Bar Association:  Life Fellow:  2003 – present

Pro Tem Judge, San Francisco Superior Court:  2003 – present

Mediator, United States District Court for the Northern District of California

Bar Association of San Francisco

**BAR ADMISSIONS:**

U.S. Supreme Court
State Bar of California
U.S. Court of Appeals for the Ninth Circuit
All U.S. District Courts in the State of California

**EDUCATION:**

University of Santa Clara School of Law (Santa Clara, California): J.D. 1981, magna cum laude; Articles Editor, SANTA CLARA LAW REVIEW; Honors Moot Court Board; Outstanding Graduate, 1981.

University of Minnesota (Minneapolis, Minnesota): B.A., 1977, English.