# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Taylor,<br><br>        Plaintiff(s),<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>        Defendant(s). | No. C 07-05156 SBA MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __March 24, 2008__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: __April 2, 2008__

_____
Mediator, Sharon O'Grady
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont St., 5th Fl.
San Francisco, CA 94105

Certification of ADR Session
07-05156 SBA MED