UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINE TAYLOR,<br>        Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS INC.,<br><br>        Defendant. | No. C07-05156 SBA<br><br><u>ORDER DISMISSING ACTION</u> |

      The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

      IT IS SO ORDERED.

DATED: 4/21/08

                                */s/ Saundra B. Armstrong*
                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge